THE NEW YORK CENTRAL NO. 22. THE JOHN FLEMING et al. (Circuit Court of Appeals, Second Circuit. March 20, 1905.) No. 19. Appeal from the District Court of the United States for the Southern District of New

York. Howard S. Harrington, for appellants. F. M. Brown, for appellee New York Central No. 22. James E. Carpenter, for appellees Drum et al. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. Decree affirmed, on opinion of District Judge Adams (124 Fed. 750), with interest to libelants and costs to the New York Central No. 22 against the Fleming.